■ Anthony Chupka et al., Appellants, v. Lorenz-Schneider Co., Inc., et al., Respondents.— Motion by appellants to renew their motion for a stay, granted. Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it on May 4, 1962; appeal ordered on the calendar for that date. The record and appellants' brief must be served and filed on or before April 23, 1962. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of Lorenz-Schneider Co., Inc., Appellant, et al., Petitioners, v. International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, Local 802, Respondent.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it on May 4, 1962; appeal ordered on the calendar for that date. The record and appellant's brief must be served and filed on or before April 23, 1962. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ Lawrence Dietz, Jr., Appellant, v. Lucie M. Dietz, Respondent.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

■ Robert P. Triggs, Appellant, v. Advance Trucking Corp. et al., Respondents.— Motion by appellant to prosecute appeal as a poor person granted. Herman Heitler, Esq., of 26 Court St., Brooklyn 1, N. Y., and Marie M. Lambert, Esq., of 160 Broadway, New York 5, N. Y. having agreed to serve without compensation, are assigned as counsel to prosecute the appeal. The appeal will be heard on a typewritten record (including the typed minutes) and on appellant's typewritten brief. Appellant shall file two copies of such typewritten record and six copies of such typewritten brief, and shall serve one copy of each on the respondents. The brief shall contain a copy of the opinions or decisions of the court below. Motion by appellant to direct the filing of a transcript of the stenographer's minutes denied, without prejudice to an application to the Trial Justice under section 1493 of the Civil Practice Act. Beldock, P. J., Ughetta, Kleinfeld, Hill and Hopkins, JJ., concur.

■ The People of the State of New York, Respondent, v. William Wheeler, Appellant.— Motion by appellant for reargument denied. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of the Estate of Lester Martin, Deceased. Jonah J. Goldstein, as Executor, Appellant; Sylvia Martin, Individually and as Executrix, Respondent.— Motion by the Martin Foundation, Inc., granted to the extent of permitting it to serve and file a brief as amicus curiæ; otherwise motion denied. The brief must be served and filed on or before April 19, 1962. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of the Estate of Lester Martin, Deceased. Jonah J. Goldstein, as Executor, Appellant; Sylvia Martin, Individually and as Executrix, Respondent.— Motion by executors Jane Martin Ginsburg and Arnold L. Ginsburg granted to the extent of permitting them to serve and file a brief as amicus curiæ; otherwise motion denied. The brief must be served and filed on or before April 19, 1962. Kleinfeld, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ The People of the State of New York ex rel. John Sullivan, Appellant, v. Edward M. Fay, as Warden of Green Haven Prison, Respondent.— On the court's own motion, decision dated April 2, 1962, dismissing the appeal,

is vacated; and the appeal is ordered on the calendar for the May Term, beginning April 23, 1962, peremptorily against respondent. Ughetta, Acting P. J., Kleinfeld, Christ and Brennan, JJ., concur. Hopkins, J., not voting.